STATE OF NEW JERSEY v. JOHN W. FREEMAN.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. LEE ROYAL FISHER.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY P. FALCO.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. SOLOMON CHATMAN.

July 1, 1970. Petition for certification denied.

STANLEY A. KALISIAK v. PACIFIC NATIONAL FIRE IN-
SURANCE COMPANY, *ETC.*, *ET AL.*

July 1, 1970. Petition for certification denied.

LASCON GENERAL CONTRACTORS, INC., v. P.T. & L.
CONSTRUCTION COMPANY.

July 1, 1970. Petition for certification denied.